### 16549.   DOZIER *et al. v.* THOMAS.

LUKE, J. The evidence amply authorized the verdict.

Upon the authority of *Sanders* v. *Ayers*, 155 *Ga.* 630 (117 S. E. 651), and under the particular facts of this case, the assignments of error upon the admission of parol evidence to explain the indorsement by Thomas, who was sued as indorser of the notes, show no reversible error. For none of the reasons pointed out in the record did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 6, 1925.

Application for certiorari was denied by the Supreme Court.

Complaint; from Stephens superior court—Judge J. B. Jones. April 28, 1925.

*Bond & McClure, Erwin, Erwin & Nix,* for plaintiffs.

*A. S. Skelton, T. G. Dorough,* for defendant.